TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Martin Trumble,<br><br>           Plaintiff,<br><br>     v.<br><br>United States of America,<br><br>           Defendant. | Case No. 2:25-cv-02361-JAD-DJA<br><br>**Stipulation and Order for Extension of Time for Federal Defendants to Respond to Plaintiffs' Complaint (ECF No. 1)**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiffs and Federal Defendants, through their respective undersigned counsel, hereby stipulate and agree as follows:

Plaintiffs filed their Complaint on November 25, 2025. ECF No. 1. Plaintiff filed proof of service on February 10, 2026. ECF No. 4. The parties are jointly filing this stipulation and order to extend the deadline for Federal Defendants to respond to Plaintiffs' Complaint to **May 18, 2026**. An extension is needed here because this case was assigned to Defendant's counsel on April 14, 2026 and the extension is needed because counsel will need to acquaint himself with the matter.

//

//

//

This is the first request to extend the time for Federal Defendants to respond to Plaintiffs' Complaint. This stipulated request is brought in good faith and not for the purposes of undue delay.

Respectfully submitted this 20th day of April 2026.

ERIC BLANK INJURY ATTORNEYS

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant U.S. Attorney

/s/ ROBERT HERNADEZ
ERIC R. BLANK, ESQ.
FIKISHA L. MILLER, ESQ.
ROBERT HERNADEZ, ESQ.
7860 W. Sahara Avenue, Suite 110
Las Vegas, Nevada 89117

/s/ Nathan M. Claus
NATHAN M. CLAUS
Assistant United States Attorney

*Attorneys for the United States*

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 4/21/2026

2